

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00331-CR

John Darrick **RITTENBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20109
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 29, 2021. Appellant has been granted one previous extension until January 28, 2022. On January 28, 2022, appellant's appointed appellate counsel, Mr. Patrick Maguire, filed a motion requesting a second extension until February 27, 2022.

The motion is GRANTED, and Mr. Maguire is ORDERED to file appellant's brief **no later than February 27, 2022**. NO FURTHER REQUESTS FOR AN EXTENSION OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court